933 A.2d 647

**In re ADOPTION OF M.X.G., S.G. and J.G.**

**Petition of J.G.**

Supreme Court of Pennsylvania.

Sept. 19, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2007, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **REVERSED** in light of our decisions in *In re Adoption of Charles E.D.M.,* 550 Pa. 595, 708 A.2d 88, 92

(1998) (indicating that, "[o]nce the evidence establishes a failure to perform parental duties or a settled purpose of relinquishing parental rights, the court must engage in three lines of inquiry: (1) the parents explanation for his or her conduct; (2) the post abandonment contact between parent and child; and (3) consideration of the effect of termination of parental rights on the child ...);" and *In re Adoption of J.J.*, 511 Pa. 590, 515 A.2d 883 (1986)(noting that unless the Orphan's Court abused its discretion or committed an error of law, its findings are entitled to the same weight as a jury verdict).